IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
EMILIA VILLEGAS-REYES,            *
                                  *
        Plaintiff                 *
                                  *
             v.                   *   CIVIL NO. 05-1997 (JP)
                                  *
UNIVERSIDAD INTERAMERICANA DE P.R.,*
                                  *
        Defendant                 *
                                  *
```

**PARTIAL JUDGMENT**

The Court has before it the plaintiff's motion for voluntary dismissal (**No. 90**), in which the plaintiff requests that all claims alleged under the Americans with Disabilities Act be dismissed with prejudice, and all claims alleged under Law 44 be dismissed without prejudice.

The Court **GRANTS** the motion, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, **ENTERS JUDGMENT DISMISSING WITH PREJUDICE** all claims alleged under the ADA, and **ENTERS JUDGMENT DISMISSING WITHOUT PREJUDICE** all claims alleged under Law 44. This Judgment is entered without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 9th day of February, 2007.

```
                                      s/Jaime Pieras, Jr.
                                      JAIME PIERAS, JR.
                                  U.S. SENIOR DISTRICT JUDGE
```